Fredrick Lynn MITCHELL, Petitioner–Appellant,

v.

K.J. WENDT; United States of America, Respondents–Appellees.

No. 04–11071.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 23, 2005.

Fredrick Lynn Mitchell, # 26943–177, Seagoville, TX, pro se.

Before BARKSDALE, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

Fredrick Lynn Mitchell, federal prisoner # 26943–177, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition, which challenged his 2001 conviction for possession with intent to distribute more than 50 grams of cocaine base. Mitchell argued that the district court lacked sub-

---

ject-matter jurisdiction because such an offense is not a "federal crime." The district court concluded that Mitchell's petition was in the nature of a 28 U.S.C. § 2255 motion and that Mitchell had not satisfied the "savings clause" of that statute. *See Pack v. Yusuff,* 218 F.3d 448, 452 (5th Cir.2000). The district court dismissed Mitchell's petition as an unauthorized successive 28 U.S.C. § 2255 motion.

Although Mitchell may proceed under 28 U.S.C. § 2241 if he demonstrates that 28 U.S.C. § 2255 was "inadequate or ineffective" under the latter statute's "savings clause," Mitchell has not made such a showing. Mitchell's reliance on *United States v. Lopez,* 514 U.S. 549, 115 S.Ct. 1624, 131 L.Ed.2d 626 (1995), also demonstrates that his claims could have been raised either on direct appeal or in a prior 28 U.S.C. § 2255 motion; Mitchell was not convicted until 2001. *See Reyes–Requena v. United States,* 243 F.3d 893, 904 (5th Cir.2001).

This appeal is without arguable merit and, therefore, it is DISMISSED as frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2. Additionally, Mitchell has previously filed a 28 U.S.C. § 2241 petition challenging his indictment and conviction. *Mitchell v. Wendt,* 95 Fed.Appx. 557 (5th Cir.2004) (unpublished) (affirming dismissal of 28 U.S.C. § 2241 petition). Mitchell is warned that any future frivolous pleadings under 28 U.S.C. § 2241 challenging this conviction will invite the imposition of sanctions.

APPEAL DISMISSED; SANCTION WARNING ISSUED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be